**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KINGVISION PAY-PER-VIEW CORP., LTD.,**
            **Plaintiff,**

**-vs-**                                                                          **Case No.  6:06-cv-657-Orl-18KRS**

**EL TORITO SUPERMARKET, INC.,**
**VICTOR MANUEL SOBERANIS,**
**ROCIO Y. SOBERANIS,**
            **Defendants.**
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Default Judgment (Doc. 18, 20).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and GRANTED**.  Count I of the Complaint is hereby **DISMISSED**.  The Clerk of the Court shall enter default judgment on Count II against Victor Soberanis and Rocio Soberanis, jointly and severally for violations of 47 U.S.C. § 605, and award damages in the amount of $3,800.00, attorney's fees in the amount of $1,200.00 and costs in the amount of $735.00.  The Clerk is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 19th day of June, 2007.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
United States Magistrate Judge